**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No.: JFM-06-0309 |
| **JAMES DINKINS** | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

MOTION TO REVEAL WHETHER IMPEACHMENT INFORMATION EXISTS
<u>AS TO COOPERATOR FRANK BATTS</u>

COMES NOW, James Dinkins, through undersigned counsel and respectfully moves this Honorable Court to order the government to reveal whether impeachment information exists as to cooperator Franks Batts. In support thereof, counsel states the following:

1. As the Court is aware, trial is already underway in the case at bar. Indeed, there is probably only one (1) significant cooperator left to testify: Frank Batts. According to discovery furnished to counsel, Mr. Batts has the street name of "Nitty," which is how he is universally referred to.

2. As the Court may be aware, the United States Attorney's Office for the District of Maryland has recently indicted 24 defendants who they allege are members of the Black Guerilla Family (hereafter "BGF.") As a result of that indictment at least one search warrant has been made public, that attached as Exhibit A.[1]

---

[1] Counsel first read and downloaded the attached search warrant from the Baltimore City Paper, see http://www.citypaper.com/news/story.asp?id=17934. As it is in the public

3. The leader of the conspiracy and the Black Guerilla Family in Maryland is alleged to be a Kevin Glasscho. The conspiracy is alleged to have had members both outside and inside the Maryland correctional system. The attached affidavit states that:

> On March 15, 2009, at approximately 4:28 pm, Glasscho made an outgoing call to (443) 564-7238, with an unknown subscriber and utilized by Frankie LNU, a/k/a "Nitty." During the conversation Glasscho asked, "Where you at?" Nitty answered, "On my way over the way." Glasscho responded, "Oh yeah you get ready to go back on the block huh?" Nitty answered, "Got to stay out there baby. You know what I'm saying?" Glasscho advised, "Hey yo, guess who I'm hitting off [selling drugs to] now?" Nitty asked, "Who?" Glasscho answered, "Uh, uh Kim's, Kim's husband." Nitty again asked, "Who?" Glasscho answered, "Kim husband." Nitty asked, "Kim who?" Nitty eventually realized to whom Glasscho was referring. Glasscho later explained that an individual known by the two of them may be cooperating with the police and that Nitty should avoid him. Based on my training and experience and other information developed during this investigation, I believe that Glasscho was openly advising that he is selling drugs. Nitty also openly admitted that he is selling drugs on the streets of Baltimore.

Id. at 64. Counsel does not know whether this "Nitty" and "Frankie" is the same Frank Batts that they are likely to see testify against their client in the next few days. Perhaps there are two people with the nickname Nitty, although it is not that common a street name. Maybe they both have the first name Frank, a common derivative of which in "Frankie." What is clear to counsel are two things: (1) they have received zero discovery from the Government with regard to Mr. Batts' recent drug selling, or gang activity; and (2) this would be valid impeachment with regard to Mr. Batts when he appears on the stand. *Giglio v. United States*, 405 U.S. 150 (1972); *United States v. Bagley*, 473 U.S. 667 (1985).

4. The detective who signed the BGF affidavit attached as Exhibit A was William

---

domain already, counsel is not filing this motion or the exhibit under seal.

Nickoles. As the Court may recall, he testified in the case at bar <u>yesterday</u>. Further, the BGF case is being prosecuted by the same office that prosecutes Mr. Dinkins. Thus, the possible impeachment information as to Mr. Batts, if it exists, is either known to the Government or, at a bare minimum, is discoverable with the exercise of due diligence. *Kyles v. Whitley*, 115 S.Ct 1555 (1995).

    5. Accordingly, Mr. Dinkins asks that this Court order the Government to examine its files either with regard to the BGF indictment, or wherever it may be found, for possible impeachment information as to Mr. Batts.

Respectfully submitted,

_____/s/_____

Gary E. Proctor
Law Offices of Gary E. Proctor, LLC
8 E. Mulberry Street
Baltimore, Maryland 21202
Tel:   410.444.1500

_____/s/_____

Joseph Murtha
Miller, Murtha & Psoras, LLC
1301 York Road
Suite 200, Heaver Plaza
Lutherville, MD 21093
Tel: 410.583.6969

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this May 27, 2009 a copy of the foregoing was served on all of the parties via ECF, and email.

_____/s/_____
Gary E. Proctor