

In The United State District Court
For The District of Maryland

United States of America      Civil Number: RDB-18-2170

—Against—      Criminal Number: RDB-06-309

James Dinkins

## Motion For Discovery

I Request of court that I be given all my Transcripts from trail. Defendant has been patiently awaiting for Transcripts after already being approved over a year ago.

Court did send Transcripts but was return back because no one wanted to sign for the documents when I was at USP Canaan in 2016 December to 2017-thru.

I'm prepairing brief, Responce to government at this moment but am unable to find certain important legal issues because I can't seem to get my transcripts.

I hope and pray that this court provide me with my Transcripts so my Due process can be utilized.

Thank You
James Dinkins

# AFFIDAVIT

I James Dinkins 05235-748, swear under the penalties of perjury that the following is correct and true to the best of knowledge and beliefs.

10-18-18                                James Dinkins
                                        05235-748