UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF MARYLAND

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

MAY 1 3 2019

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

UNITED STATES OF AMERICA
          Plaintiff,


vs.                                    CASE NUMBER RDB-06-0309


JAMES DINKINS
          Petitioner.


## MOTION TO APPOINT COUNSEL


Pursuant to Title 18 U.S.C. §3006(A), Petitioner Dinkins, respectfully request that the honorable court appoint counsel to represnt him in litigating Motion For Reduced Sentence under Section 404(b) of the First Step Act, in light of Congress, through the First Step Act, has now made the decision that the Court can reduce Petitioner  Sentence. Petitioner submits that his sentence guideline range was significantly enhanced based on the Court's determination that an offense involving 50 grams or more of crack cocaine triggered a 10-year mandatory minimum and statutory maximum penalty of life imprisonment.  Section 2 of the FSA amended §841 (b)(1)(A)(iii) by striking 50 grams and inserting 280 grams and amended §841 (b)(1)(B)(iii) by striking 5 grams

1.

and inserting 28 grams.  Public Law 111-220; 124 Stat. 2379, §2.
Accordingly, after the FSA it takes 280 grams of crack to trigger
§841 (b)(1)(A)(iii)'s 10-year mandatory minimum and 28 grams  of
crack to trigger §841(b)(1)(B)(iii)'s 5-year mandatory minimum.
The Supreme Court determined th FSA applied to any defendant who
had not been sentenced as of the Act's effective date, August 3,
2010.  Id at 281.  The FSA did not apply retroactive to defendan-
ts sentence prior to August 3, 2010.  Id.  Accordingly, Petition-
er submits that his request to appoint counsel to litigating on
Motion For Reduced Sentence under Section 404(b) of the First Step
Act is not wholly without merit and his request for appointed
counsel is warranted.

Given the complexity of Petitioner case in which to properly
file FSA claims, failure to appoint counsel could deprive Petitio-
ner of the opportunity to seek meaningful review of his sentence.

**WHEREFORE,** Dinkins   , respectfully request that the Court
appoint counsel to review his claim for relief, pursuant to the
First Step Act.

Petitioner has been informed that the Federal Public Defendant
Office will accept the appointment in this case if appointed by
the Court.

Respectfully Submitted,

James Dinkins
Reg. No.05235-748

2.

<u>CERTICATE OF SERVICE</u>

I hereby certify that on this __6__ day of ___MAY___, 2019,
a true and correct copy of the foregoing was mailed to the Clerk
of the Court for the Dostrict Court District of Maryland to the
following:

United States Attorney Office

For Balimore Maryland.


James Dinkins