United States District Court for District of Maryland

United States of America

v.                                              Case number RDB-06-0309

James Dinkins

Petitioner Respectfully Request for a status update as to the dispositions of his last Motions submitted to the Courts.

Thank You

*/s/*